UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U̲NITED S̲TATES OF A̲MERICA,

    Plaintiff,

v.

A̲MARIS M̲AE W̲YMAN,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:18-cr-00228

# ORDER

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Amaris Mae Wyman's detention on the basis of that she poses a danger to the community, 18 U.S.C. § 1342(f)(1), and that she poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing on November 1, 2018, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of proving by clear and convincing evidence that defendant poses a danger to the community. The Court finds, as explained on the record, that there is no condition or combination of conditions that will assure the safety of the community.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on November 1, 2018.

                                            <u>/s/ Phillip J. Green</u>
                                            PHILLIP J. GREEN
                                            United States Magistrate Judge